UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OSCAR AUSTIN,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:25-cv-2054 CSK<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

    Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By an order filed August 27, 2025, petitioner was ordered to file a habeas corpus petition and an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days. (ECF No. 8.) Petitioner was cautioned that failure to comply with this order would result in a recommendation of dismissal of this action. (Id.) The thirty day period has now expired, and petitioner has not responded to the Court's order, has not filed a habeas corpus petition, has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 9, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Aust2054.fifp/2