UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OSCAR AUSTIN,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:25-cv-2054 DAD CSK P<br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the following reasons, the findings and recommendations filed October 9, 2025 are vacated.

By an order filed August 27, 2025, petitioner was ordered to file a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his Stanislaus County conviction and in forma pauperis affidavit, or to pay the appropriate filing fee, within thirty days. (ECF No. 8.) Thirty days passed and petitioner did not file a habeas corpus petition or an in forma pauperis affidavit, and did not pay the filing fee. Accordingly, on October 9, 2025, this Court recommended that this action be dismissed. (ECF No. 10.)

On October 14, 2025, petitioner filed a motion to proceed in forma pauperis. (ECF No. 11.) On October 20, 2025, petitioner filed objections to the findings and recommendations. (ECF No. 12.) Because it appears that petitioner intends to prosecute the instant action, the October 9,

2025 finding and recommendations are vacated.

Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the motion to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a). Petitioner is granted thirty days from the date of this order to file a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his Stanislaus County conviction.

This Court observes that attached to petitioner's objections is an order by the Ninth Circuit Court of Appeals in case no. 20-73008 dated October 13, 2020. (ECF No. 12 at 5-6.) This order states that petitioner filed a habeas corpus petition in the Ninth Circuit. (Id.) This order directs the Ninth Circuit Clerk of Court to transfer the habeas corpus petition filed in the Ninth Circuit to the United States District Court for the Eastern District of California. (Id.) Court records reflect that the habeas corpus petition transferred by the Ninth Circuit was filed in the United States District Court for the Eastern District of California as case no. 1:20-cv-1449 AWI JLT.[1] Court records reflect that in case no. 1:20-cv-1449, petitioner challenged his Stanislaus County conviction for first degree robbery, carjacking, felon in possession of a firearm, evading police and gun enhancements. See case no. 1:20-cv-1449 (ECF No. 1). On February 2, 2021, case no. 1:20-cv-1449 was dismissed based on petitioner's failure to exhaust state court remedies. Id. (ECF No. 11). In the habeas corpus petition to be filed in the instant action, petitioner shall address whether he has exhausted state court remedies as to his claims challenging his Stanislaus County conviction.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 9, 2025 findings and recommendations (ECF No. 10) are vacated;

2. Petitioner's motion to proceed in forma pauperis (ECF No. 11) is granted; and

3. Petitioner is granted thirty days from the date of this order to file a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging his Stanislaus County conviction; failure to file a habeas corpus petition within that time will result in a recommendation of dismissal of this

---

[1] This Court takes judicial of the records in case no. 1:20-cv-1449. See United States v. Author Servs. Inc., 804 F.2d 1520, 1523 (9th Cir. 1986), overruled on other grounds by United States v. Jose, 131 F.3d 1325, 1328-29 (9th Cir. 1997) (court may take judicial notice of its own records).

1 | action.

3 | Dated: October 27, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

9 | Aust2054.vac/2

3